NELLA MANKO, Appellant, v LENOX HILL HOSPITAL, Respondent.

Submitted January 17, 2017; decided March 28, 2017

Motion for reconsideration of this Court's November 21, 2016 dismissal order denied [*see* 28 NY3d 1082 (2016)].

Judge ABDUS-SALAAM taking no part.

REINA NUNEZ, Respondent, v GEORGE BARDWIL, Appellant, et al., Defendant.

Submitted February 6, 2017; decided March 28, 2017

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.

MATTHEW J. RYAN, Appellant, et al., Plaintiff, v POWERS & SANTOLA, LLP, et al., Respondents.

Submitted January 23, 2017; decided March 28, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 1068 (2016)]. Motion for poor person relief dismissed as academic.